### HARRIS v. CLEGHORN.

ATKINSON, J. The amended grounds of the motion for new trial were not approved by the court. The original grounds complained of no error of law. The evidence was sufficient to support the verdict.

*Judgment affirmed. All the Justices concur, except Holden, J., who did not preside.*

Submitted June 18,—Decided November 15, 1907.

Action for damages. Before Judge Brand. Jackson superior court. January 5, 1907.

*W. W. Stark,* for plaintiff in error.

---

### WHITE et al. v. NORTH GEORGIA ELECTRIC COMPANY et al.

LUMPKIN, J. 1. This case is controlled by the decision in *White* v. *North Georgia Electric Co.,* 128 *Ga.* 539, where it was held that the petition was multifarious.

2. The grounds of equity sought to be set up by the petition are so interwoven, that it is impracticable to determine whether there is any equity in any part of the multifarious allegations, dissociated from the rest; and no ruling is made on that point.

*Judgment reversed. All the Justices concur, except Holden, J., who did not preside.*

Argued June 20,—Decided November 15, 1907.

Equitable petition. Before Judge Kimsey. Rabun superior court. August 31, 1906.

*Spencer R. Atkinson, Brown & Randolph, J. J. Bowden,* and *R. E. A. Hamby,* for plaintiffs in error. *H. H. Dean,* contra.